STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
767 N. Hill Street, Suite 220
Los Angeles, CA 90012
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Gerardo Arturo Gonzalez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

GERARDO ARTURO GONZALEZ,

        Plaintiff,        CASE NO. ED CV 17-02443-PLA

-v-

NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

**ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Joint Stipulation for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

1

IT IS HEREBY ORDERED that attorney fees and expenses in the amount of Five Thousand Five Hundred Dollars ($5,500.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Plaintiff's attorneys, Olinsky Law Group.

**Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to the following address:**

> **Olinsky Law Group**
> **300 S State St Ste 420**
> **Syracuse NY 13202**

Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, filed on January 30, 2019 (ECF No. 24) is denied as moot.

SO ORDERED.

Date: February 1, 2019

_____
PAUL L. ABRAMS
United States Magistrate Judge

[Proposed Order proffer: Stuart T. Barasch; copy to Jean M. Turk]